```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS HANNA,                    :    CIVIL ACTION
                                :    NO. 19-02273
          Plaintiff             :
     v.                         :
                                :
LINCOLN FINANCIAL GROUP,        :
                                :
          Defendant             :
```

**ORDER**

**AND NOW**, this **3rd** day of **November, 2020,** after considering Defendant's Motion for Summary Judgment (ECF No. 18) and all responses thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Leave to file a Reply Brief to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 22) is **GRANTED**;

2. Defendant's Motion for Summary Judgment (ECF No. 18) is **DENIED in full** with respect to Counts II-V of the Amended Complaint;

3. Defendant's Motion for Summary Judgment (ECF No. 18) is **DENIED in part** as to Count I for the individual disparate treatment ADEA claim, and **DENIED in part** as to Count VI for the NJWPL claim as it relates to unpaid wages; and

4. Defendant's Motion for Summary Judgment (ECF No. 18) is **GRANTED in part** with respect to Count I for the ADEA

pattern/practice claim, and **GRANTED in part** under Count VI for the NJWPL claim related to unidentified expenses.

Therefore, the following claims survive: 1) ADEA individual disparate treatment under Count I; 2) Count II; 3) Count III; 4) Count IV; 5) Count V; and 6) NJWPL violation under Count VI as it relates to unpaid wages.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**